UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

vs.

D2 – Patricia Wright,

        Defendant.

                              /

Criminal Case No.: 07-cr-20299
Honorable Robert H. Cleland

## **ORDER OF DISMISSAL**

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the Indictment against Patricia Wright.

IT IS HEREBY ORDERED that the Motion and Brief to Dismiss and Order of Dismissal, filed April 21, 2020, against that defendant be dismissed, and that defendant's appearance bond, if any, be canceled.

                                                s/Robert H. Cleland
                                                Hon. Robert H. Cleland
                                                United States District Judge

Entered: April 23, 2020